ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7220
    Facsimile:  (415) 436-6748

E-mail:gioconda.molinari@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| The Center for Investigative Reporting and Patrick Michels, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security <br><br> Defendant. | Case No. 4:18-CV-02711 DMR <br><br> **STIPULATION TO RESPOND TO COMPLAINT** |

      Pursuant to Civil Local Rule 6-1(a), the parties in this action hereby stipulate that the deadline for defendant, United States Department of Homeland Security, to respond to the Complaint is extended by 14 days, from May 11, 2018 to May 25, 2018.  This change does not alter the date of any event or any deadline already fixed by Court order.

//

//

//

//

1                          Respectfully submitted,

2                          ALEX G. TSE
Acting United States Attorney

Dated: May 24, 2018                 /s/
                                            GIOCONDA R. MOLINARI
                                            Assistant United States Attorney
                                            Attorney for Defendant

                         D. VICTORIA BARANETSKY
                         The Center for Investigative Reporting

Dated: May 24, 2018                 /s/
                                            Attorney for Plaintiffs