DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney
E-mail: gioconda.molinari@usdoj.gov
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7220
    Facsimile:  (415) 436-6748

Attorneys for the Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND PATRICK MICHELS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Case No. 4:18-CV-02711 DMR <br><br> **STIPULATION RE SETTLEMENT AND DISMISSAL OF FOIA CLAIMS WITH PREJUDICE WITH THE EXCEPTION OF ATTORNEY'S FEES** <br> **[~~PROPOSED~~] ORDER** <br> AS MODIFIED |

Subject to approval of the Court, and by and through their undersigned counsel, the parties stipulate as follows:

1. The parties have agreed to resolve the only Freedom of Information Act ("FOIA"), 5 U.S.C § 552(a)(4)(B) issue remaining regarding a dispute under FOIA exemption 5.  Defendant has agreed to release the disputed records subject to Exemption 5 by no later than October 18, 2019.  This release is done for the purpose of settling and compromising the only issue remaining in the case – application of FOIA Exemption 5.

2. The parties thus stipulate to dismiss all FOIA claims, with exception of the issue of attorney's fees.

Stipulation RE: Settlement of FOIA Claims, Except Attorney's Fees
4:18-CV-02711 DMR

3. The parties are endeavoring to reach agreement on attorney's fees and propose that they be provided 30 days, until November 8, 2019, to resolve this issue, at which time the parties will either file a stipulation of settlement and dismissal as to attorney's fees, or propose a briefing schedule with respect to plaintiff's fee petition to the Court. Defendant expressly reserves all arguments it may have in response to any such fee petition.

4. Execution of this Stipulation shall constitute dismissal of the FOIA claims in this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

5. The parties hereby request that the court vacate the parties' motion for summary judgment briefing schedule and hearing date of January 23, 2020.  (ECF No. 42.)

                              Respectfully submitted,

                              DAVID L. ANDERSON
                              United States Attorney

Dated: October 9, 2019                By:        /s/
                              GIOCONDA R. MOLINARI
                              Assistant United States Attorney

                              D. VICTORIA BARANETSKY
                              The Center for Investigative Reporting

Dated: October 9, 2019                By:        /s/*
                              D. VICTORIA BARANETSKY
                              The Center for Investigative Reporting
                              Attorney for Plaintiffs

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.*

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

The parties shall file a status report within 30 days.

DATED: 10/11/2019

                              HON. DONNA M. RYU
                              United States Magistrate Judge