1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  GIOCONDA R. MOLINARI (CABN 177726)
   Assistant United States Attorney
4  E-mail: gioconda.molinari@usdoj.gov
5          450 Golden Gate Avenue, Box 36055
           San Francisco, California 94102
6          Telephone: (415) 436-7220
           Facsimile:  (415) 436-6748
7  Attorneys for the Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| THE CENTER FOR INVESTIGATIVE REPORTING AND PATRICK MICHELS, | Case No. 4:18-CV-02711 DMR |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND THE PERIOD FOR FILING A STATUS REPORT BY TWO WEEKS [PROPOSED] ORDER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

On November 7, 2019, the Court ordered the parties to file a status report. (ECF 46.) The parties stipulated that defendant would release the disputed Freedom of Information Act ("FOIA"), 5 U.S.C § 552(a)(4)(B), Exemption (b)(5) third-party consultant material by October 18, 2019. (ECF 43.) The parties also stipulated to dismiss all FOIA claims, with exception of the issue of attorney's fees. *Id.* Later the parties stated that they needed additional time, until November 26, 2019, to resolve certain issues that arose after defendant released the Exemption (b)(5) material on October 18. (ECF 45.) The parties also agreed to endeavor to resolve the attorney's fees issue by that date. *Id.*

The parties have been engaged in a meaningful meet and confer process, and have resolved all the issues that arose after defendant made its release on October 18, 2019. The only issue remaining is attorney's fees, which the parties are endeavoring to resolve through the meet and confer process.

Stipulation RE: Status Report
4:18-CV-02711 DMR

1

Therefore, the parties hereby stipulate and respectfully request to extend the period for filing a status report by two weeks, to December 11, 2019, in order to resolve the issue of attorney's fees.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

November 26, 2019                By:         /s/
                                    GIOCONDA R. MOLINARI
                                    Assistant United States Attorney


D. VICTORIA BARANETSKY
The Center for Investigative Reporting

November 26, 2019                By:         /s/*
                                    D. VICTORIA BARANETSKY
                                    The Center for Investigative Reporting
                                    Attorney for Plaintiffs

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.*

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED


DATED: December 3, 2019          _____
                                    HON. DONNA M. RYU
                                    United States Magistrate Judge

Stipulation RE: Status Report
4:18-CV-02711 DMR

2